IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )         8:12CR216
                               )
     v.                        )
                               )
JAMES R. NELSON,               )         ORDER
                               )
          Defendant.           )
_____)
```

      This matter is before the Court on defendant's motion to continue dispositional hearing (Filing No. 51).  The Court notes plaintiff has no objection.  Accordingly,

      IT IS ORDERED that the dispositional hearing is rescheduled for:

**Thursday, December 17, 2015, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

      DATED this 29th day of September, 2015.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court