IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:12CR216 |
| JAMES R. NELSON, | ORDER |
| Defendant. | |

This matter came before the Court on the 10th day of March, 2016, on the Petition for Warrant or Summons for Offender Under Supervision ([Filing No. 38](#)). Defendant was present and represented by Michael J. Hansen, Assistant Federal Public Defender. Plaintiff was represented by Douglas R. Semisch, Assistant United States Attorney.

The defendant admitted allegation No. 1 of the Petition. The Court found the defendant has violated the conditions of his supervised release. The Court further finds that the defendant has served approximately six (6) months on the offense giving rise to allegation No. 1 of the Petition. Accordingly,

IT IS ORDERED that the defendant's term of supervision shall not be revoked. The defendant shall remain on supervised release until April 3, 2019, on the same terms and conditions previously imposed.

DATED this 10th day of March, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court