IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JAMES NELSON,<br><br>              Defendant. | 8:12-CR-216<br><br>**ORDER** |

This matter is before the Court on the United States of America's Motion to Dismiss (Filing 156). The United States seeks dismissal without prejudice of both the Petition for Warrant or Summons for Offender Under Supervision (Filing 120) and the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing 135) pursuant to an agreement between the parties. Accordingly, the Court grants the motion.

IT IS ORDERED:

1. The United States of America's Motion to Dismiss (Filing 156) is granted; and

2. Both the Petition for Warrant or Summons for Offender Under Supervision (Filing 120) and the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing 135) are dismissed without prejudice.

Dated this 18th day of November, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge